AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| VALENTIN VEGA AVILA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-CV-4375 |
| DA SILVANO CORP., d/b/a DA SILVANO REST., et | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valentin Vega Avila, Jorge Molina, and Gianluca Starace, on behalf of themselves and all others similarly.

Date: 06/11/2015

/s/ Josef Nussbaum
*Attorney's signature*

Josef Nussbaum - 7036
*Printed name and bar number*

JOSEPH & KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, NY 10279
*Address*

jnussbaum@jk-llp.com
*E-mail address*

(212) 688-5640
*Telephone number*

(212) 981-9587
*FAX number*