## CONSENTIMIENTO DE PARTICIPACIÓN

**DESEO UNIRME A LA ACCIÓN JUDICIAL** con carátula Valentin Vega Avila, Jorge Molina y Gianluca Starace, en representación de ellos mismos y de otros en situaciones similares vs Da Silvano Corp., que opera bajo el nombre comercial Da Silvano Restaurant y Silvano Marchetto, pendiente ante el Tribunal de Distrito de los Estado Unidos para el Distrito Sur de Nueva York, en el que se presentan demandas conforme a la *Fair Labor Standards Act* (Ley de Normas Razonables de Trabajo) y las leyes laborales de Nueva York.

Comprendo que esta acción judicial tiene como objetivo los salarios no pagos adeudados a mí, y que al unirme a esta acción judicial me convertiré en un demandante conforme a la Ley de Normas Razonables de Trabajo y las leyes laborales de Nueva York. Acuerdo estar obligado por cualquier adjudicación en la acción judicial, ya sea a favor o en contra. Comprendo que, al completar este formulario, me convierto voluntariamente en una parte demandante de esta acción, con las obligaciones y los derechos de un demandante en una causa según se explica en este formulario. Autorizo a los abogados representantes del demandante o de los demandantes a presentar este consentimiento ante el Secretario del Tribunal. Asimismo, por el presente autorizo y designo a los demandantes mencionados a actuar en mi nombre respecto de este litigio, esta investigación, la consideración para el acuerdo de honorarios y costos de abogados, y cualquier otro asunto relacionado con esta acción judicial. Comprendo que a menos que informe por escrito al administrador del tercero, seré representado por el abogado del Sr. Avila, Joseph & Kirschenbaum LLP y estaré obligado por el Acuerdo de Prestación de Servicios de Abogado que el Sr. Avila celebró con Joseph & Kirschenbaum LLP.

9-1-15
Fecha

Firma

917-995-6177
Número de teléfono*

CESAR GONZALEZ
Nombre legal completo (en letra imprenta)