## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** entitled Valentin Vega Avila, Jorge Molina and Gianluca Starace, on behalf of themselves and other similarly situated v. Da Silvano Corp., d/b/a/ Da Silvano Restaurant and Silvano Marchetto, which is pending in the United States District Court for the Southern District of New York, in which claims are asserted under the Fair Labor Standards Act and New York Labor Law.

I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act and New York Labor Law. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case explained in this form. I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that unless I inform the third-party administrator in writing, I will be represented by Mr. Avila's Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Mr. Avila entered into with Joseph & Kirschenbaum LLP.

_08/22/2015_
Date

_[signature]_
Signature

GIAMPAOLO IENNA
Full Legal Name (Print)

**QUESTIONS? Contact:**
**Josef Nussbaum, Esq. at (212) 688-5640 or jnussbaum@jk-llp.com**